Rel: October 31, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0035

Olaf Lieb; Tina Lieb; Jennifer M. Holton; 36081 Rentals, LLC; and EEZTEC Solutions, LLC v. PrimeSouth Bank, Inc.; PrimeSouth Bancshares, Inc.; CB&S, as successor to PrimeSouth; CB&S, Inc.; CB&S Bank; CB&S Bank, Inc.; and CB&S Banc-Corp (Appeal from Elmore Circuit Court: CV-23-900013).

On Rehearing Ex Mero Motu

BRYAN, Justice.

ON REHEARING EX MERO MOTU: NO-OPINION ORDER OF AFFIRMANCE OF OCTOBER 17, 2025, WITHDRAWN; ORDER SUBSTITUTED; AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Sellers, Mendheim, Cook, and McCool, JJ., concur.

Wise and Lewis, JJ., recuses themselves.